UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JAMES DEAN STACY,  )<br>  )<br>  Defendant.  )<br>  )<br>_____  ) | Criminal Case No. 09CR3695-BTM<br><br>Date:  March 26, 2010<br>Time:  3:30 p.m.<br><br>**ORDER EXTENDING DISCOVERY DEADLINE** |

Good cause having been established,

IT IS HEREBY ORDERED that the United States is granted an extension of the deadline for the disclosure of items seized in this case to March 1, 2010.

SO ORDERED.

DATED: February 22, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge